**Order entered March 9, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00994-CV

### KENNETH HENRY, Appellant

### V.

### MARC A. NOTZON, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-13449**

### ORDER

Before the Court is appellant's March 5, 2021 unopposed second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **March 22, 2021**. We caution appellant that further extension requests will be disfavored.

/s/    CRAIG SMITH
JUSTICE